**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SHANE LEE MITCHELL**                                                                 **PLAINTIFF**
**ADC #121150**

**v.**                                          **Case No. 4:25-CV-01298-JM**

**YOUNG**                                                                                  **DEFENDANT**

**ORDER**

Mitchell has not complied with the February 23, 2026 Order directing him to provide additional identifying information for Defendant Young. *Doc. 8.* The time to do so has expired.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). Mitchell's Motions for Preliminary Injunction, *Docs. 5 & 6,* are denied. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 7th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE