**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

SHANE LEE MITCHELL                                                    PLAINTIFF
ADC #121150

v.                                      Case No. 4:25-CV-01298-JM

YOUNG                                                                 DEFENDANT

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 7th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE